# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.** 21-3073-01-CR-S-BP |
| Plaintiff, | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| v. | NLT 5 Years |
| | NMT 20 Years Imprisonment |
| **GARY LEE KELLY,** | NMT $250,000 Fine |
| [DOB 08/07/1977] | NLT 5 Years or Life Supervised Release |
| | Class C Felony |
| Defendant. | Restitution |
| | $100 Special Assessment |
| | $5,000.00 JVTA Special Assessment |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Beginning on an unknown date, but as early as July 1, 2020, and continuing through March 3, 2021, said dates being approximate, in Wright County, and elsewhere, in the Western District of Missouri, **GARY LEE KELLY**, the defendant, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**A TRUE BILL**

*/s/ Monica Stone*
FOREPERSON OF THE GRAND JURY

*/s/ Ami Miller*
**AMI HARSHAD MILLER** #57711
Assistant United States Attorney

DATED: 06/22/2021
Springfield, Missouri